# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORGIA

Shayla Lasherrie Pratcher,

Plaintiff,

v.

MNF III WI LLC,

Defendant.

Case No.: _____

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 30 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## 1:25-CV-3016

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1. This is a civil action for retaliation and unauthorized credit reporting during protected legal proceedings. While Plaintiff was actively engaged in litigation in state and federal courts, Defendant engaged in coercive conduct including posting abandonment notices at Plaintiff's residence and initiating unauthorized tradeline reporting. These actions occurred without legal basis, without consent, and during pending appeals and federal claims.

**PARTIES**

2. Plaintiff, Shayla Lasherrie Pratcher, is a resident of Georgia withstanding to bring this action.

3. Defendant, MNF III WI LLC, is a business entity operating in Georgia as a landlord of residential property.

## JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1681p, as Plaintiff brings claims arising under federal law.

5. Venue is proper under 28 U.S.C. § 1391(b) because all relevant events occurred in this judicial district.

## FACTUAL ALLEGATIONS

6. Plaintiff lawfully resides at a property Defendant claims to manage. Occupancy is supported by legal notices and administrative records maintained throughout active litigation.

7. Plaintiff has been in active litigation with Defendant regarding property possession and associated claims.

8. On or around May 2025, a tradeline associated with rental data was reported to TransUnion under Plaintiff's name through a third-party platform linked to Defendant.

9. Plaintiff did not authorize any rent-based credit reporting or tradeline enrollment with Defendant or its affiliates.

10. This reporting occurred while Plaintiff's appeals and federal claims were pending and without legal notice or consent.

11. On May 7, 2025, a notice was posted on Plaintiff's door indicating abandonment of the property despite active possession and pending litigation.

12. On May 29, 2025, Plaintiff discovered a second notice posted at the residence by the Cherokee County Sheriff's Office with a scheduled lockout date of June 17, 2025.

13. These acts occurred during active litigation and appear intended to intimidate Plaintiff or interfere with her ability to seek relief through lawful court proceedings.

**CLAIMS FOR RELIEF**

Count I – Violation of the Fair Credit Reporting Act (15 U.S.C. § 1681s-2(b))

14. Defendant caused or directed the reporting of tradeline information to TransUnion without Plaintiff's authorization.

15. Plaintiff disputed the tradeline and Defendant failed to investigate, correct, or remove the entry as required by law.

Count II – Retaliation and Interference with Protected Legal Process

16. Plaintiff was actively engaged in protected legal proceedings at the time of the conduct described above.

17. Defendant's notices and credit reporting occurred during ongoing litigation and appeals, and appear designed to interfere with Plaintiff's legal position.

18. These actions caused reputational harm and placed Plaintiff at risk of irreparable harm including loss of property access and obstruction of legal process.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Enter judgment in favor of Plaintiff on all claims;

b. Order removal of the unauthorized tradeline from Plaintiff's credit report;

c. Award statutory and actual damages as permitted by law;

d. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

Shayla Lasherrie Pratcher
457 Nathan Dean Blvd, Suite 105-318
Dallas, GA 30132

## NOTICE OF URGENCY REGARDING RETALIATORY ENFORCEMENT

To: Clerk, United States District Court

From: Shayla Lasherrie Pratcher

Date: May 30, 2025

Re: Pratcher v. MNF III WI LLC

Plaintiff respectfully provides this notice of urgent enforcement activity.

On May 29, 2025, the Cherokee County Sheriff posted an eviction notice at Plaintiff's residence with a scheduled lockout date of June 17, 2025.

This action was initiated despite:

- An active federal complaint being filed in this Court

- A pending appeal before the Georgia Supreme Court

- Plaintiff's continuous and lawful occupancy of the property

These events form the basis of Plaintiff's claim of retaliation and interference with legal process.

Plaintiff respectfully requests this Court to consider the urgent nature of the harm and take judicial notice of the time-sensitive risk posed by further state enforcement.

Respectfully submitted,

Shayla Lasherrie Pratcher
457 Nathan Dean Blvd, Suite 105-318
Dallas, GA 30132

May 7, 2025

Bridge Homes
Attn: Jasmine Nicholson
2310 Parklake Dr., Suite 150
Atlanta, GA 30345

RE: Improper 48-Hour Notice of Abandonment – 116 Wayne Ln, Canton, GA

To Whom It May Concern:

This letter is in response to the "48-Hour Notice of Abandonment" dated May 7, 2025, posted at the above-referenced property.

The property is not abandoned. I maintain legal possession, and this matter is currently pending before the Supreme Court of Georgia (Case No. S25C1051 Shayla Pratcher v. MNF III WI, LLC).

Any attempt to enter, retake, or interfere with the premises or personal property therein will be considered unlawful and retaliatory. If Bridge Homes disputes this position, a written response must be sent via U.S. Certified Mail with tracking number to the address below within forty-eight (48) hours of receipt of this notice. Failure to respond within that time will be construed as agreement with the facts and position stated herein.

All future communications must be sent only by U.S. Certified Mail to the following:

Shayla Lasherrie Pratcher, Principal
c/o 457 Nathan Dean Blvd, Suite 105-318
Dallas, GA 30132

No other form of communication is authorized or acceptable.

Sincerely,

/s/ Pratcher, Shayla, Agent
By: Shayla Pratcher, Agent
FOR: Shayla Pratcher, Principal
c/o 457 Nathan Dean Blvd, Suite 105-318
Dallas, GA 30132
pratcher01@gmail.com
Date: May 7, 2025

Enclosure: Exhibit A – Notice Posted at Property on May 7, 2025



## **<u>48 Hour Notice of Abandonment</u>**

Date of Notice: 5/7/2025

Address: 116 WAYNE LN, CANTON

To Tenants and All Occupants,

Be informed that after repeated attempts, we have been unable to reach you at the contact phone numbers and email addresses that were provided to your landlord upon your move-in.

Please contact Bridge Homes (formerly GOAL Property Services, the property management company/agent working on behalf your landlord) <u>within 48 hours</u> of the date of this notice or the property shall be considered abandoned and surrendered back to your landlord.

If Bridge Homes (formerly GOAL Property Services) has not been contacted by any of the tenants and/or occupants of this property within the above said 48 hours of this notice, Bridge Homes reserves the right to retake possession of the property at any time thereafter on behalf your landlord. Contact information for Bridge Homes is provided below.

Thank You,

Jasmine Nicholson
Assistant Property Manager
Bridge Homes
2310 Parklake Dr. Suite 150
Atlanta, GA 30345
(404)891-9008
jasmine.nicholson@bridgehomes.com

ER 194 118 159 US



## UNITED STATES POSTAL SERVICE.

KENNESAW
2001 DUNCAN DR NW
KENNESAW, GA 30144-9998
(800)275-8777

05/08/2025                          12:35 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| PM Express | 1 | | $31.40 |
| Flat Rate Env | | | |

  Atlanta, GA 30345
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
    Fri 05/09/2025 06:00 PM
  Money Back Guarantee
  Tracking #:
    ER194118159US
  Insurance                         $0.00
    Up to $100.00 included
Total                               $31.40


Grand Total:                        $31.40


Credit Card Remit                   $31.40
    Card Name: VISA
    Account #: XXXXXXXXXXXX1443
    Approval #: 366083
    Transaction #: 897
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Not Required


    In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
    Associate can show you how.

    Save this receipt as evidence of
    insurance. For information on filing an
    insurance claim go to
    https://www.usps.com/help/claims.htm
    or call 1-800-222-1811

    Text your tracking number to 28777 (2USPS)



# State of Georgia

## OFFICE OF CLERK OF SUPERIOR COURT

## AFFIDAVIT OF CLERK OF COURT

**Certificate Date:**        April 3, 2025

**Court of Record:**        ☒ Cherokee Superior Court
☐ Cherokee State Court
☐ Cherokee Magistrate Court

**Case Number:**        24CVE2037

**Number of Pages Certified**        1
**(excluding Certificate)**

**Description of Document(s)**        ORDER WRIT OF POSSESSION
**Copied and Certified:**

I, **Patty Baker,** Clerk of Cherokee Superior Court, State Court and Magistrate Court, or the Deputy Clerk specified below, hereby certify that the attached page(s) is/are a true and correct copy of the document(s) enumerated herein, and that said documents were filed in the case indicated above as a part of the official record of this office, of which I am the official custodian, as authorized by Georgia law.

Witness my hand and the official seal of this office on the date written.

RECEIVED

APR 0 4 2025

BY:_____

Patty Baker

**Patty Baker, Clerk**



EVICTION SCHEDULED
FOR:

Jun 17

Deputy Clerk

PLEASE DO NOT REMOVE THE STAPLE OR SEAL WILL NO LONGER BE VALID

Superior Court of Cherokee County
**E-Filed**
24CVE2037

IN THE SUPERIOR COURT OF CHEROKEE COUNTY

2/27/2025 1:18 PM CG
Patty Baker, Clerk
Civil Division

STATE OF GEORGIA

| | | |
|---|---|---|
| SHAYLA PRATCHER<br>And All Others | ) | |
| | ) | |
| Defendant/Appellant, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO.: 24CVE2037 |
| | ) | |
| MNF III WI LLC. | ) | |
| | ) | |
| Plaintiff/Appellee. | ) | |

*In re: 116 Wayne Lane, Canton, GA 30114*

## [PROPOSED] WRIT OF POSSESSION

TO THE SHERIFF OF CHEROKEE COUNTY OR HIS LAWFUL DEPUTIES:

Effective instanter, you are hereby commanded to remove Shayla Pratcher, and all others in said premises, the abovenamed Defendant/Appellant, together with their property, from said premises and to deliver full and quiet possession of the same to MNF III WI LLC, the Plaintiff / Appellee herein.            2/27/2025

SO ORDERED this ____ day of _____, 2025.

_____
Hon. M. Anthony Baker, Judge
Superior Court of Cherokee County
Blue Ridge Judicial Circuit

Prepared and presented
This 25th day of February, 2025, by:

*/s/ E. Blair Weatherly*
E. Blair Weatherly, Esq.
GA Bar No. 672518
BROCK & SCOTT, PLLC
4360 Chamblee Dunwoody Road, Suite 310
Atlanta, Georgia 30341
(404) 789-2661 Ext. 2323
(404) 294-0919 (facsimile)
Blair.Weatherly@brockandscott.com
*Attorney for MNF III WI LLC*



Representing
**Sheriff Frank Reynolds**

**CHEROKEE
SHERIFF'S OFFICE**
498 Chattin Drive
Canton, GA 30115

**Evictions Line**
678-493-4264
evictions@cherokeecountyga.gov
Eviction Date____Jun  17

* NOTE: This tradeline is reported by Defendant as 'Current' and not past due as of 05/16/2025, while simultaneously pursuing eviction based on alleged nonpayment and abandonment. This contradiction supports Plaintiff's claim of retaliation and false reporting.

Shayla le Rt        05-30-25

| | |
|---|---|
| **Account #:** | SZG4YCHFGWHJKG**** |
| **Account Type:** | Open Account |
| **Account Type - Detail:** | Rental agreement |
| **Bureau Code:** | Individual |
| **Account Status:** | Open |
| **Monthly Payment:** | $0.00 |
| **Date Opened:** | 12/30/2023 |
| **Balance:** | $0.00 |
| **No. of Months (terms):** | 0 |
| **High Credit:** | $2,095.00 |
| **Credit Limit:** | $0.00 |
| **Past Due:** | $0.00 |
| **Payment Status:** | ✳ Current |
| **Last Reported:** | ✳ 05/16/2025 |
| **Comments:** | - |
| **Date Last Active:** | 04/01/2025 |
| **Date of Last Payment:** | 04/01/2025 |

## Two-Year payment history

( Legend )

| Month | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 25 | 25 | 25 | 25 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

 **TransUnion Consumer Relations**      May 28

To: Me ⌄

Hi SHAYLA PRATCHER.

We received your dispute and are in the process of working on it. It can take up to 30 days to complete, and we'll keep you updated on the status.

Have questions about the dispute process while you wait for your results? *Read our FAQs* for more information.

Please do not reply to this e-mail. This mailbox is not monitored and you will not receive a response.

# CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I served a true and correct copy of the Complaint, Summons, Emergency Motion for Temporary Restraining Order, and all supporting materials by certified mail, return receipt requested, upon the following party:

MNF III WI LLC
c/o CT Corporation System (Registered Agent)
289 S Culver Street
Lawrenceville, GA 19801

Respectfully submitted,

Shayla Lasherrie Pratcher
457 Nathan Dean Blvd, Suite 105-318
Dallas, GA 30132
Email: spratcher01@gmail.com
Phone: 470-292-9795

Date: May 30, 2025